UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Stephen Ashburn ) | |
| ) | |
| Plaintiff ) | |
| ) | No. 2:18-cv-00090 |
| v. ) | Judge Crenshaw/Brown |
| ) | JURY DEMAND |
| ) | |
| Matt Farmer et al ) | |
| ) | |
| Defendant ) | |

**O R D E R**

I conducted a settlement conference in this case on September 25,2019. The parties have agreed upon settlement terms in this matter. Counsel shall file necessary pleadings dismissing this case with prejudice no later than October 25,2019

It appears that nothing further remains to be done by the undersigned Magistrate Judge. The **Clerk** is directed to return the file to Chief Judge Crenshaw.

/S/Joe B. Brown
Joe B. Brown
U.S. Magistrate Judge